■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMAEL GUTIERREZ, Appellant. [624 NYS2d 796] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered April 14, 1992, convicting defendant, upon his guilty plea, of criminal sale of a controlled substance in the second degree, and sentencing him to a term of 8 years to life, unanimously affirmed.

The record establishes that defendant knowingly waived his right to appeal the denial of his suppression motion as a condition of his negotiated plea *(see, People v Seaberg,* 74 NY2d 1, 9).

Were we to consider defendant's argument that his motion to suppress should have been granted, we would find it without merit. Concur—Wallach, J. P., Rubin, Kupferman and Tom, JJ.

■ JOSEPH CHIRA, Appellant, v KOHLBERG & Co., Respondent. [624 NYS2d 797] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered on or about November 1, 1993, unanimously affirmed for the reasons stated by Gammerman, J., without costs and disbursements. No opinion. Concur—Wallach, J. P., Rubin, Kupferman and Tom, JJ.